**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**DAVID WASHINGTON,**

    Plaintiff,

v.                                                                                                            Civil Action No. **3:20CV88**

**Dr. BROOKS,**

    Defendant.

**MEMORANDUM ORDER**
**(Requiring Plaintiff to Sign Consent to Collection of Fees Form)**

Plaintiff, a Virginia inmate, has submitted this civil action. He also has applied to proceed *in forma pauperis*. By Memorandum Order entered on February 24, 2020, the Court conditionally docketed this action. The Court explained that Plaintiff must affirm his intention to pay the entire $350.00 filing fee. Accordingly, the Court informed Plaintiff that he was required to read, sign, and return to the Court a consent to collection of fees form within thirty (30) days of the date of entry thereof. The Court received a completed *in forma pauperis* affidavit from Plaintiff; however, the consent to collection of fees form was returned to the Court without Plaintiff's signature. If Plaintiff wishes to proceed with this action, he is REQUIRED to sign and return the consent to collection of fees form. Accordingly, it is ORDERED that:

    1.    The Clerk is DIRECTED to mail Plaintiff another copy of the consent to collection of fees form and note the same on the docket.

    2.    Plaintiff is required to read, sign, and return to the Court the enclosed consent to collection of fees form within fourteen (14) days of the date of entry hereof.

3. Failure to comply strictly with the above time requirements will result in summary dismissal of the action. *See* Fed. R. Civ. P. 41(b).

The Clerk is DIRECTED to send a copy of this Memorandum Order to Plaintiff.

It is so ORDERED.


Date: April 7, 2020
Richmond, Virginia

/s/
Roderick C. Young
United States Magistrate Judge