IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  3:20-cv-088  , Case Name  Washington v. Dr. Brooks
Party Represented by Applicant:  Plaintiff David Washington

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Marissa Kailynn Hatton
Bar Identification Number  219291   State  DC
Firm Name  Civil Rights Clinic, Georgetown University Law Center
Firm Phone #  (202) 661-6739   Direct Dial #  (202) 838-6709   FAX #
E-Mail Address  marissa.hatton@georgetown.edu
Office **Mailing** Address  600 New Jersey Ave NW, Suite 352 Washington, DC 20001

Name(s) of federal court(s) in which I have been admitted  USCA for the Ninth Circuit, USDC for the Eastern District of Missouri

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Marissa Hatton
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Craig Juraj Curwood                                8/28/20
(Signature)                                            (Date)
Craig Juraj Curwood                                    43975
(Typed or Printed Name)                                (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____                    _____
(Judge's Signature)                             (Date)