IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DAVID JUNIOR WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:20cv88–HEH |
| ) | |
| MICHAEL BROOKS, M.D., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**
**(Continuing Trial and Addressing Filing a Motion to Bifurcate)**

THIS MATTER is before the Court on Defendants' Motion to Continue Trial and Further Amend the Scheduling Order. (ECF No. 146.) Upon due consideration, and finding it appropriate to do so, the Court GRANTS the Motion and CONTINUES the trial date. This matter shall be set for a jury trial on April 19–21, 2022. In all other respects, this Court's Pretrial Scheduling Order entered on February 8, 2021 (ECF No. 45) shall remain in effect as adjusted based on the new trial date.

On the conference call held on February 4, 2022, Defendants notified the Court that they plan to file a motion to bifurcate the trial on Counts IX and X of the Second Amended Complaint. Accordingly, the Court DIRECTS Defendants to file their motion to bifurcate the trial within ten (10) days of the entry of this Order if they so wish. Plaintiff may file a response within seven (7) days thereafter, and Defendants may file a reply within five (5) days after that.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: February 7, 2022
Richmond, Virginia